USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: ___06/07/2021___

## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF NEW YORK

HSBC BANK USA, NATIONAL ASSOCIATION,

                Plaintiff,

     -against-

HUATAI USA LLC, a Delaware limited liability
company,

                Defendant.

Civil Action No. 1:20-cv-9207

**DEFAULT JUDGMENT**

This action having been commenced by the filing of a Summons and Complaint in this Court on November 3, 2020 [ECF docs. 1 & 4], and true and correct copies of the Summons and Complaint having been served upon Defendant, Huatai USA, LLC ("Huatai"), by having a process server deliver a copy of the Complaint and Summons to the registered agent for Huatai, and proof of service having been filed with the Court on December 1, 2020 [ECF doc. 6], and Huatai having failed to answer, appear, or otherwise defend in this action within the time permitted by law, and said default having been noted by the Clerk of this Court on December 3, 2020 [ECF doc. 8], and there being no just reason to delay entry of a default judgment against Huatai.

NOW, on motion of HSBC Bank USA, National Association, brought by its counsel, Carlton Fields, P.A., it is:

**ORDERD AND ADJUDGED**, that judgment be and hereby is entered in favor of Plaintiff, HSBC Bank USA, N.A., against Defendant, Huatai USA LLC in the amount of $ __**132,630.02**__, computed as follows:

     a.  $131,155.00, which is the amount of principal due on the Note from Huatai USA LLC to HSBC Bank USA, N.A.;

b. $939.94 which is the amount of accumulated pre-judgment interest at the rate of 1% annually due on the PPP Note through January 11, 2021 plus a per diem of $3.64 for each day after January 11, 2021 through the entry of the Default Judgment;

c. ~~$8,880.10 for attorneys' fees incurred in this action; and~~

d. ~~$564.00 for costs incurred in this action.~~

Plaintiff is hereby **ORDERED** to submit a separate motion and supporting memorandum for attorneys' fees and costs, and serve Defendant and file proof of service by no later than June 28, 2021.

Dated: New York, New York
    June 7, 2021

_____
Andrew L. Carter, U.S.D.J.