```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __10/26/2021____
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**HSBC BANK USA, NATIONAL ASSOICATION,**

                    **Plaintiff,**

        -against-

**HUATAI USA LLC,**

                    **Defendant.**

**20-cv-9207 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

Plaintiff HSBC Bank USA, National Association ("HSBC") brings this action against Defendant Huatai USA LLC ("Huatai") seeking damages under a promissory note. On June 7, 2021, this Court granted Plaintiff's Motion for Default Judgment. ECF No. 17. Plaintiff makes this Motion for Fees in accordance with the Court's Default Judgment ruling. *Id*. at 2.

The Court ordered Plaintiff to submit a fee application, which they appropriately filed on October 29, 2018. ECF Nos. 18-20. Plaintiff seeks $13,781.00 in attorney's fees and $771.14 in costs. *Id*. Plaintiff provided detailed documentation and calculations indicating personnel, the work performed, court costs, hourly rates, time commitments, and various additional indicators of overall expenditures. *Id*. The Court finds Plaintiff's calculations and submissions to be both fair and reasonable.

For the foregoing reasons, Plaintiff's Motion for Fees is **GRANTED**. The Clerk of Court is directed to terminate ECF No. 18.

**SO ORDERED.**

**Dated: October 26, 2021**
        New York, New York

                                                **ANDREW L. CARTER, JR.**
                                                **United States District Judge**